# United States District Court
# for the
# Southern District of Georgia
# Waycross Division

United States of America )
)
v. ) 113J 5:17CR00003-8
)
Donzel Kashif Fussell )
)

ORDER

Before the Court is Defendant's Motion Requesting Judicial Recommendation (Doc. 332). Through the Motion, Defendant requests a recommendation from the Court that Defendant serve the last 12 months of his sentence of imprisonment in a residential reentry center.

The authority to determine the facility where an inmate will serve his sentence is solely vested in the Bureau of Prisons. 18 U.S.C. § 3621(b). "Any order, recommendation, or request by a sentencing court that a convicted person serve a term of imprisonment in a community corrections facility shall have no binding effect on the authority of the Bureau under this section to determine or change the place of imprisonment of that person." (Id.)

The Bureau of Prisons is in the optimal position to objectively evaluate and review inmates' classifications to guarantee that inmates are housed in facilities which are safer for the inmates and the staff while protecting the public from undue risk. See Federal Bureau of Prisons, Program Statement P5100.08.

Accordingly, Defendant's Motion Requesting Judicial Recommendation is **DENIED**.

SO ORDERED, this 19th day of December, 2018.

_____
Signature of Judge

William T. Moore, Jr.
Judge, U.S. District Court

_____
Name and Title of Judge